IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LLOYD H. PETERSON, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW M. SAUL, Commissioner of Social Security Administration, <br><br> Defendant. | CV 19-142-BLG-TJC <br><br> **ORDER** |

Plaintiff has filed a motion for extension of time to file an opening brief. (Doc. 10.) Good cause appearing, IT IS ORDERED that Plaintiff's opening brief shall be filed no later than **April 28, 2020**. Defendant's response brief must be filed within thirty (30) days after the Plaintiff's brief. Plaintiff's reply brief, if any, must be filed within fourteen (14) days after Defendant's response brief is filed.

DATED this 14th day of April, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge