UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LLOYD H. PETERSON,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Case No. CV-19-142-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 15), Judgment is entered in favor of the Plaintiff.

Dated this 18th day of March, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk